Filed: 7/2/2021 9:50 AM
Clerk
St. Joseph County, Indiana

| STATE OF INDIANA | ) | IN THE ST. JOSEPH CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) SS: | **71D05-2107-CT-000255** |
| ST. JOSEPH COUNTY | ) | CAUSE NO: _____ |

TAQUILA TAYLOR
1709 W. Ewing
South Bend, IN 46613

      Plaintiff,

v.

REPUBLIC SERVICES OF INDIANA,
LIMITED PARTNERSHIP
c/o CT Corporation System, Reg. Agent
334 N. Senate Avenue
Indianapolis, IN 46204

      Defendant.

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Taquila Taylor, by counsel, and for her claim for relief states:

1. On or about the 1st day of August, 2019 in Marion County, Indiana, Plaintiff, Taquila Taylor, was a passenger on a bus that was involved in a collision with an automobile operated by an employee of the Defendant, Republic Services of Indiana, Limited Partnership.

2. The employee was within the course and scope of his employment with the Defendant, Republic Services of Indiana, Limited Parnership. The Defendant does business in St. Joseph County, Indiana.

3. The Defendant's employee carelessly and negligently operated the motor vehicle into the vehicle in which Plaintiff, Taquila Taylor, was a passenger.

4. As a direct and proximate result of the carelessness and negligence of the Defendant, the Plaintiff sustained personal injuries, the effects of which may be permanent and lasting; has incurred hospital, doctor and medical expenses and may continue to incur hospital, doctor and

medical expenses in the future; has incurred pain and suffering and may continue to incur pain and suffering in the future; all of which damages are in an amount yet uncertain.

WHEREFORE, Plaintiff, Taquila Taylor, requests judgment against the Defendant in an amount that will adequately compensate her for her loss, for costs of this action and for all other just and proper relief.

_____
Daniel H. Pfeifer (5720-71)
Peter D. Hamann (34615-45)
Attorneys for Plaintiff
PFEIFER, MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone: (574) 272-2870