## UNITED STATES DISTRICT COURT
## FOR THE NORTHER DISTRICT OF INDIANA
## SOUTH BEND DIVISION

|  |  |  |
|---|---|---|
| TAQUILA TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:21-cv-00722-DRL-MGG |
| v. | ) | |
| | ) | |
| REPUBLIC SERVICES OF INDIANA, | ) | |
| LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Taquila Taylor, by counsel and Defendant, REPUBLIC SERVICES OF INDIANA, by counsel, and notify the Court that the parties have settled this case and hereby agree and stipulate to dismissal with prejudice.

Respectfully submitted,                    Respectfully submitted,


By: _/s/ Daniel H. Pfeifer_____      By: _/s/ Edward W. Hearn_____
    Daniel H. Pfeifer                            Edward W. Hearn, #18691-64
    Peter D. Hamann                              JOHNSON & BELL, P.C.
    Pfeifer, Morgan & Stesiak                    11041 Broadway
    53600 North Ironwood Drive                   Crown Point, IN 46307
    South Bend, IN 46635                         (219) 791-1900
    (574) 272-2870                               hearne@jbltd.com
    dpfeifer@pilawyers.com


## CERTIFICATE OF SERVICE

I certify that on June 24, 2022, I electronically filed the foregoing pleading or paper using the Indiana E-Filing System (IEFS). I also certify that on June 23, 2022, the foregoing pleading or paper was served upon the following person(s) via IEFS.

Daniel H. Pfeifer – dpfeifer@pilawyers.com

_/s/  Edward W. Hearn_____
Edward W. Hearn Attorney at Law